## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**NICOLE LaFOE,** )<br>)<br>**Defendant.** ) | **8:06CR365**<br><br>**ORDER** |

    This matter is before the court on the defendant's Motion to Continue Trial [30] for the reason that another attorney has entered an appearance on behalf of the defendant. At this time, the defendant has three attorneys of record.  The Federal Public Defender was appointed on December 14, 2006, and Michael Maloney represented the defendant at that time.  David M. O'Neill entered his appearance on January 11, 2007.  Karen Shanahan then entered her appearance on March 9, 2007 and requested a continuance.

    Because the defendant has had continuity of counsel since at least January 11, 2007, I find that the motion should be denied, and the case will remain set for trial the week of March 19, 2007.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order."

**IT IS SO ORDERED.**

**DATED March 15, 2007.**

                                                   **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**