# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR365** |
| vs. | ) | |
| | ) | **ORDER** |
| **NICOLE LaFOE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's Motion to Continue Trial [32]. Upon consultation with Judge Smith Camp's chambers, the trial will be rescheduled from March 20, 2007 to **Wednesday, March 21, 2007.**

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order."

**IT IS SO ORDERED.**

**DATED March 16, 2007.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**